IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYNE VADERS, | : | |
| Plaintiff | : | Civil Case Number |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | NO. 09-1352 |
| PENNSYLVANIA DEPARTMENT OF | : | |
| AGRICULTURE, et al. | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 17th day of March, 2010, upon consideration of motion of Commonwealth defendants to dismiss complaint (Doc. #3), and plaintiff's response thereto (Doc. #4), IT IS HEREBY ORDERED that:

1. Defendants' motion is GRANTED for the reasons set forth in the accompanying memorandum;

2. The plaintiff's claims are DISMISSED; and

3. This case shall be marked closed for statistical purposes.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.